IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG FINNEY | : | CIVIL ACTION |
| v. | : | |
| CSX TRANSPORTATION, INC. | : | NO. 09-3040 |
| v. | : | |
| PROFESSIONAL TRANSPORTATION, INC. | : | |

FILED

NOV 5 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 4th day of November, 2009, upon consideration of the Third-Party Defendant, Professional Transportation, Inc.'s Motion to Dismiss the Third-Party Complaint (Document No. 18), the defendant's response and the third-party defendant's reply, it is **ORDERED** that the motion is **GRANTED**, and the Third-Party Complaint is **DISMISSED**.

TIMOTHY J. SAVAGE, J.